UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

PENN-MONT BENEFIT SERVICES, INC., ) Case No.: 3:13-bk-05986-JAF
) Chapter 11
)
Debtor. )
)

In re:

REAL VEBA d/b/a REGIONAL ) Case No.: 3:13-bk-05987-JAF
EMPLOYERS ASSURANCE ) Involuntary Chapter 11
LEAGUE VOLUNTARY )
EMPLOYEES' BENEFICIARY )
ASSOCIATION TRUST, )
)
Proposed Debtor. )
)

In re:

SINGLE EMPLOYER WELFARE ) Case No.: 3:13-bk-05988-JAF
BENEFIT PLAN TRUST, ) Involuntary Chapter 11
)
Proposed Debtor. )

In re:

PENN PUBLIC TRUST, ) Case No.: 3:13-bk-05989-JAF
) Chapter 11
Debtor. )
)

In re:

| | |
|---|---|
| **KORESKO LAW FIRM, P.C.,** | ) Case No.: 3:13-bk-05990-JAF |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

In re:

| | |
|---|---|
| **KORESKO & ASSOCIATES, P.C.,** | ) Case No.: 3:13-bk-05991-JAF |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

## ORDER DENYING MOTION OF KORESKO LAW FIRM, P.C. AND KORESKO & ASSOCIATES, P.C. FOR RECONSIDERATION AND REHEARING OF ORDER GRANTING MOTION TO TRANSFER

This case came before the Court upon Motion of Koresko Law Firm, P.C. and Koresko & Associates, P.C. for Reconsideration and Rehearing of Order Granting Motion to Transfer. It is

**ORDERED:**

Motion of Koresko Law Firm, P.C. and Koresko & Associates, P.C. for Reconsideration and Rehearing of Order Granting Motion to Transfer is denied.

**DATED** this 3 day of January, 2014 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge